IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SARAH BUCKLEW and<br>CHRISTOPHER ING,<br>    Plaintiffs,<br><br>v.<br><br>CRAIG BONHAM, et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§  Civil Action No.  3:19-CV-435-N-BH<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiffs' *Applications to Proceed in District Court Without Prepaying Fees or Costs (Long Form)*, filed March 11, 2019 (docs. 5, 6), are **DENIED** because their allegations of poverty are untrue.  By separate judgment, the amended complaint will be **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(A).

**SIGNED** this 23rd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE